# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: RELINQUISHMENT OF: D.L.W., JR., A MINOR | : | No. 570 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: B.M.-W., NATURAL MOTHER | : | from the Order of the Superior Court |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.